Certificate Number: 14912-PAE-DE-032824757

Bankruptcy Case Number: 18-17139



14912-PAE-DE-032824757

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2019, at 5:17 o'clock PM EDT, Jeffrey Isackman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: May 15, 2019     By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor