Certificate Number: 14912-PAE-DE-032824755

Bankruptcy Case Number: 18-17139



14912-PAE-DE-032824755

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2019, at 5:17 o'clock PM EDT, Jaime Shepherdson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 15, 2019               By:    /s/Jai Bhatt

                                   Name:  Jai Bhatt

                                   Title: Counselor